**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Benefit Resource, Inc., a Minnesota Corporation, | Civil File No. 07-cv-4199 (JNE/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| | **DISMISSING ACTION** |
| Apprize Technology Solutions, Inc., a Minnesota Corporation, David Reid, an individual, and Courtney Guertin, an individual, | **WITH PREJUDICE** |
| Defendants. | |

Based on the Stipulation of the parties, **IT IS HEREBY ORDERED**:

This action and all claims raised by the parties shall be and hereby are

**DISMISSED WITH PREJUDICE**, without costs or attorneys' fees to any party, and

without right of appeal.

Dated:  December 2,2008          s/  Joan N. Ericksen
                                 The Honorable Joan N. Ericksen
                                  Judge, District Court